JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ALIZA WOLMARK,

            Plaintiff,

    v.

HOTEL COLLECTION LLC, et al.,

            Defendants.

Case No.  CV 25-6613-GW-Ex

**ORDER TO DISMISS**

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that the entire action as to all parties and claims are dismissed with prejudice as to plaintiff's individual claims and without prejudice as to the claims of the putative class. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: March 11, 2026

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE